# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Charles Anthony Williams**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:24-cv-00126-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Kalinowski, et al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2024 Order.

August 27, 2024

Katherine Hord Simon, Clerk
United States District Court